No. 92–8694. GONZALEZ *v.* CALIFORNIA. App. Dept., Super. Ct. Cal., County of Los Angeles. Certiorari denied.

No. 92–8697. ROLLER *v.* TUGGLE. C. A. 11th Cir. Certiorari denied.

No. 92–8702. JONES *v.* SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 92–8708. SLAGLE *v.* OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 92–8711. BRADDY *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–8712. MARRERO *v.* SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 92–8713. NICHOLS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–8722. KIKUTS *v.* PANDOZY, COMMISSIONER, CLINTON COUNTY DEPARTMENT OF SOCIAL SERVICES. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied.

No. 92–8723. STACK *v.* CASPARI, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 92–8728. COPENY *v.* BURTON, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 92–8730. LAWRENCE *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 92–8732. BRANNON *v.* LAMAINA. Sup. Ct. Del. Certiorari denied.

No. 92–8733. HUNT *v.* VASQUEZ, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 92–8734. HELZER *v.* MICHIGAN. Sup. Ct. Mich. Certiorari denied.